**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DEC 0 1 2004

MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | JUDGE PALLMEYER<br>MAGISTRATE JUDGE KEYS |
|  | ) |  |
| v. | ) | No. 04 CR 661 |
|  | ) | Violations: Title 18, United |
| SAMI KHOSHABA LATCHIN | ) | State Code, Sections 371, 951(a) and |
|  | ) | 1425(a) |

**Superseding Indictment**

## COUNT ONE

The SPECIAL MARCH 2004 GRAND JURY charges:

**DOCKETED**

DEC 0 2 2004

1. At times material to this indictment:

(a) The Baath Party was a political party in the Middle East, including Iraq.

(b) The Iraqi Intelligence Service (hereafter "IIS"), known in Arabic as the *Da'irat al-Mukhabbarat al-'Amma,* or the *Mukhabbarat,* was the foreign intelligence arm of the government of Iraq.

(c) Defendant SAMI KHOSHABA LATCHIN was born in Iraq and was a citizen of Iraq.

(d) Defendant SAMI KHOSHABA LATCHIN was a resident of Des Plaines, Illinois.

2. On or about August 5, 1998, defendant SAMI KHOSHABA LATCHIN caused to be prepared and submitted INS Form N-400 ("Application for Naturalization") to the Immigration and Naturalization Service, United States Department of Justice, and certified that each and every answer on that form was true and correct.

35

3. On or about July 22, 1999, defendant SAMI KHOSHABA LATCHIN appeared before an Immigration and Naturalization Service examiner and was interviewed concerning his answers placed on the above-described Application for Naturalization. On that application, defendant SAMI KHOSHABA LATCHIN signed his name, Sami Latchin, below the statement "I swear that the contents of this application, and supplemental pages 1 through 0, that the corrections, numbered 1 through 5, were made at my request, and that this amended application, is true to the best of my knowledge and belief."

4. On or about July 22, 1999, at Chicago, in the Northern District of Illinois, Eastern Division,

SAMI KHOSHABA LATCHIN,

defendant herein, knowingly procured and attempted to procure, contrary to law, naturalization as a United States citizen for himself, by knowingly and willfully making under oath, material false statements in connection with his application for naturalization, in violation of 18 United States Code §1001, during an interview with an official of the United States Immigration and Naturalization Service, United States Department of Justice, and on INS Form N-400, in that:

a) In response to the direction "List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place. Include any military service in this part. If none, write 'none'. Include the name of organization, location, dates of membership

2

and the nature of the organization. If additional space is needed, use separate paper",
defendant SAMI KHOSHABA LATCHIN stated 'None', when in fact, as defendant well
knew,

  i)  he had been a member of and was affiliated with the Baath Party, and

  ii)  he had been a member of and affiliated with the IIS;

b) In response to the direction "List your employers during the last (5) years.
List your present and most recent employer first. If none, write 'None'. If you need more
space, continue on a separate piece of paper.", defendant SAMI KHOSHABA LATCHIN
claimed that Service Service, Inc. and Huntleigh USA were his only employers, when in fact,
as the defendant well knew, he was employed by the IIS during the five years prior to July
22, 1999;

c) In response to the direction to explain "Reason for trip" for absences from
the United States since becoming a permanent resident, defendant SAMI KHOSHABA
LATCHIN claimed that:

  i)  he traveled for "vacation" between January 16, 1994 and January 30,
1994, when in fact, he traveled overseas to meet his IIS handler and to receive payment for
his services;

  ii)  he traveled for "vacation" between May 26, 1996 and June 4, 1996,
when in fact, he traveled overseas to meet his IIS handler and to receive payment for his
services; and

3

iii) he traveled for "vacation" between January 25, 1997 and January 30, 1997, when in fact, he traveled overseas to meet his IIS handler;

In violation of Title 18, United States Code, Section 1425(a).

4

## COUNT TWO

The SPECIAL MARCH 2004 GRAND JURY further charges:

1. Paragraph One of Count One of this indictment is realleged and incorporated as if fully set forth herein.

2. The Government of Iraq (hereafter GOI) was a foreign government.

3. At no time material to this indictment was defendant SAMI KHOSHABA LATCHIN:

(a) a duly accredited diplomatic or consular officer of a foreign government, recognized by the United States Department of State;

(b) an officially and publicly acknowledged and sponsored official or representative of a foreign government; or

(c) an officially and publicly acknowledged and sponsored member of the staff of, or employee of, any such officer, official, or a representative of a foreign government.

### THE CONSPIRACY

4. Beginning no later than 1993, and continuing up to and through at least July, 2002, at Des Plaines, Illinois, and elsewhere in the Northern District of Illinois, Eastern Division, as well as various locations outside the Northern District of Illinois,

SAMI KHOSHABA LATCHIN,

defendant herein, conspired and agreed with others known and unknown to the Grand Jury, to commit an offense against the United States, namely, to knowingly act in the United States

5

as an agent of a foreign government, namely, the GOI, without prior notification to the Attorney General of the United States as required by law, in violation of Title 18, United States Code, Section 951(a).

## MANNER AND MEANS OF THE CONSPIRACY

5. It was part of the conspiracy that in the early 1990s, a committee of senior IIS officers and directors created a program to "plant" IIS agents overseas to support the strategic interests of the IIS and the GOI.

6. It was further part of the conspiracy that the IIS committee selected defendant SAMI KHOSHABA LATCHIN, an IIS intelligence agent, for placement in the United States as a "sleeper" intelligence agent.

7. It was further part of the conspiracy that defendant SAMI KHOSHABA LATCHIN was tasked by the IIS to emigrate to the United States. Defendant SAMI KHOSHABA LATCHIN was tasked to find employment, obtain United States citizenship, and to eventually provide intelligence information. Defendant SAMI KHOSHABA LATCHIN was directed to remain "dormant" for five years, during which no intelligence activity was to be conducted; rather, he was to use that time to assimilate into his community.

8. It was further part of the conspiracy that defendant SAMI KHOSHABA LATCHIN was compensated for his services as an IIS "sleeper" agent and was paid through his handlers.

9. It was further part of the conspiracy that defendant SAMI KHOSHABA LATCHIN

6

traveled overseas on multiple occasions for the purpose of meeting with his IIS handlers.

10. It was further part of the conspiracy that defendant SAMI KHOSHABA LATCHIN and his coconspirators misrepresented, concealed, hid, and caused to be misrepresented, concealed, and hidden, the purposes of and acts done in furtherance of the conspiracy.

## OVERT ACTS

11. In furtherance of the conspiracy, and for the purpose of effecting its unlawful objectives, defendant SAMI KHOSHABA LATCHIN and other unindicted coconspirators did commit overt acts, in the Northern District of Illinois and elsewhere, including, but not limited to, the following:

(a) In and around May 1993, defendant SAMI KHOSHABA LATCHIN emigrated to the United States and began residing in the Northern District of Illinois.

(b) In approximately August 1998, defendant SAMI KHOSHABA LATCHIN caused to be prepared and submitted INS Form N-400 ("Application for Naturalization") to the Immigration and Naturalization Service, United States Department of Justice.

(c) On or about July 22, 1999, in Chicago, Illinois, defendant SAMI KHOSHABA LATCHIN appeared before an Immigration and Naturalization Service examiner and was interviewed concerning his answers placed on the above-described Application for Naturalization.

(d) On or about August 16, 1999, in Chicago, Illinois defendant SAMI

KHOSHABA LATCHIN obtained naturalization as a United States citizen.

(e) On or about January 16, 1994, defendant SAMI KHOSHABA LATCHIN traveled overseas from Chicago, Illinois to Romania to meet his IIS handler and to receive payment for his services.

(f) On or about May 26, 1996, defendant SAMI KHOSHABA LATCHIN traveled overseas from Des Plaines, Illinois to Bulgaria to meet his IIS handler and to receive payment for his services.

(g) On or about January 25, 1997, defendant SAMI KHOSHABA LATCHIN traveled overseas from Des Plaines, Illinois to Bulgaria to meet his IIS handler.

(h) On or about December 3, 1997, defendant SAMI KHOSHABA LATCHIN contacted and attempted to contact his IIS handler via telephonic communication from Des Plaines, Illinois to Baghdad, Iraq.

(i) On or about May 26, 1998, defendant SAMI KHOSHABA LATCHIN contacted and attempted to contact his IIS handler via telephonic communication from Des Plaines, Illinois to Baghdad, Iraq.

(j) On or about August 9, 1998 through September 9, 1998, defendant SAMI KHOSHABA LATCHIN contacted and attempted to contact two separate IIS handlers via telephonic communication from the United States to Baghdad, Iraq at seven different times.

(k) On or about September 12, 1998, defendant SAMI KHOSHABA LATCHIN traveled from Des Plaines, Illinois to Tunisia to meet his IIS handler.

(l) On or about October 9, 1998 through October 10, 1998, defendant SAMI KHOSHABA LATCHIN contacted and attempted to contact his IIS handler via telephonic communication from the United States to Baghdad, Iraq at three different times.

(m) On or about October 1, 2000, defendant SAMI KHOSHABA LATCHIN traveled from Des Plaines, Illinois to Europe, including Germany and Spain, to meet his IIS handler.

(n) On or about January 6, 2001, defendant SAMI KHOSHABA LATCHIN traveled from Des Plaines, Illinois to Jordan, to meet his IIS handler.

(o) On or about June 8, 2001 through July 26, 2001, defendant SAMI KHOSHABA LATCHIN contacted and attempted to contact an IIS officer via telephonic communication from Des Plaines, Illinois to Baghdad, Iraq at 30 different times.

(p) On or about July 28, 2001, defendant SAMI KHOSHABA LATCHIN traveled from Des Plaines, Illinois to Jordan, to meet his IIS handler.

(q) On or about March 14, 2002 through May 7, 2002, defendant SAMI KHOSHABA LATCHIN contacted and attempted to contact an IIS officer via telephonic communication from Des Plaines, Illinois to Baghdad, Iraq at six different times.

(r) On or about July 14, 2002 defendant SAMI KHOSHABA LATCHIN traveled from Des Plaines, Illinois to Europe, including Germany and Spain, to meet his IIS handler.

All in violation of Title 18, United States Code, Section 371.

9

## COUNT THREE

The SPECIAL MARCH 2004 GRAND JURY further charges:

1. Paragraphs One through Three of Count Two of this indictment are realleged and incorporated as if fully set forth herein.

2. Beginning no later than 1993, and continuing until at least through July, 2002 , at Des Plaines, and elsewhere in the Northern District of Illinois, Eastern Division,

### SAMI KHOSHABA LATCHIN,

defendant herein, knowingly and without prior notification to the Attorney General, as required by law, acted in the United States as an agent of a foreign government, specifically, the government of Iraq, in that defendant SAMI KHOSHABA LATCHIN

(a) traveled to and became a sleeper agent of the IIS and GOI in the Northern District of Illinois;

(b) obtained United States citizenship;

(c) communicated from the Northern District of Illinois with intelligence officers of the IIS;

(d) traveled from the Northern District of Illinois in order meet with intelligence officers of the IIS; and

(c) received payments from intelligence officers of the IIS;

10

All in violation of Title 18 United States Code, Section 951(a).

A TRUE BILL:

FOREPERSON

UNITED STATES ATTORNEY

11

No. 04 CR 661

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

UNITED STATES OF AMERICA

vs.

SAMI KHOSHABA LATCHIN

**S U P E R S E D I N G   I N D I C T M E N T**

Violation(s):   Title 18, United States Code,
Sections 371, 951(a), and 1425(a)

A true bill,

_____
                                          Foreman

Filed in open court this 1st day of December, A.D. 2004.

_MICHAEL W. DOBBINS_
By _____
                                          Clerk

Bail, $ _____